COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

IN RE:  ANTHONY ERICK ESTRADA,

Relator.

§

§

§

§

No. 08-11-00323-CR

AN ORIGINAL PROCEEDING

IN MANDAMUS

## MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS

Relator, Anthony Estrada, *pro se*, has filed a petition for writ of mandamus, requesting that this Court order the Honorable Marcos Lizarraga, judge of the 168th Judicial District Court of El Paso County, to grant Relator's motion nunc pro tunc, to correct Relator's record as an inmate in the Institutional Division of the Texas Department of Criminal Justice to reflect "back time credit."

Relief by writ of mandamus is appropriate in instances where the relator demonstrates that there is no adequate remedy at law available to correct the alleged harm, and that the action sought is not discretionary.  *See Simon v. Levario*, 306 S.W.3d 318, 320 (Tex.Crim.App. 2009) (orig. proceeding).  Based on the record before us, Relator has not demonstrated he is entitled to mandamus relief.  *See* TEX.R.APP.P. 52.3.  Accordingly, the petition is DENIED.

January 25, 2012

_____
ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.